| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Ellen P Wilson | Case Number:<br><br>3:2017-bk-35390 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number:  **3511**  UCID: **WFCMGE1735390NJM97693511** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number: **3** | | |
| 3.  **Signature:**<br><br>**Check the appropriate box.**<br>  X  I am the creditor.<br>     I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>     I am the trustee, or the debtor.<br>     I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ Mercedes Drees                    Date:  11/30/2021<br>        VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE:                                                  CASE NO.:    17-35390

Ellen P Wilson                           CHAPTER:    13

           **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before November 30, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

Ellen P Wilson
42 Theo Ct
Burlington, NJ 08016

*Debtor's Attorney:*              *By CM / ECF Filing:*

Georgette Miller
Margolis Edelstein
100 Century Parkway
Suite 200
Mount Laurel, NJ 08045

*Trustee:*                           *By CM / ECF Filing:*

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

                                                           /s/ John Shelley
                                          _____

        InfoEx, LLC
        (as authorized agent for Wells Fargo Bank, N.A.)