| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 17-35390 / MBK

Ellen P Wilson

Petition Filed Date: 12/18/2017
341 Hearing Date: 01/25/2018
Confirmation Date: 08/14/2018

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | $700.00 | 27110891463 | 02/03/2021 | $700.00 | 27122782364 | 03/30/2021 | $700.00 | 27122798160 |
| 04/28/2021 | $700.00 | 27273812782 | 05/21/2021 | $700.00 | 27273818687 | 05/26/2021 | $700.00 | 27273821760 |
| 08/09/2021 | $700.00 | 27385986587 | 08/31/2021 | $700.00 | 27531890897 | 09/29/2021 | $700.00 | 27683851274 |
| 10/19/2021 | $700.00 | 27683854492 | 12/21/2021 | $700.00 | 27683871570 | | | |

**Total Receipts for the Period: $7,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,880.55**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ellen P Wilson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER<br>»» ATTY DISCLOSURE | Attorney Fees | $2,910.00 | $2,910.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» NP/42 THEO CT/1ST MTG | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 2 | TD BANK, N.A. | Unsecured Creditors | $10,007.21 | $0.00 | $10,007.21 |
| 3 | WELLS FARGO BANK, NA<br>»» NP/127 COLUMBUS AVE/1ST MTG | Mortgage Arrears | $836.71 | $836.48 | $0.23 |
| 4 | MIDFIRST BANK<br>»» P/15 LANSDOWNE RD/1ST MTG/FINANCE OF AMERICA | Mortgage Arrears | $24,038.90 | $24,032.36 | $6.54 |

**Chapter 13 Case No. 17-35390 / MBK**

| SUMMARY |
| --- |

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $29,880.55 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $27,778.84 | Current Monthly Payment: | $746.00 |
| Paid to Trustee: | $2,101.71 | Arrearages: | $4,701.45 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

