UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ellen Wilson,

Debtor.

Case No.:          17-35390-MBK

Chapter:                 13

Hearing Date:        3/23/2022

Judge:                Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 15 Landsdowne Road (Docket # 34)

_____

Date: 3/17/2022                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*