| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br><br>**Margolis Edelstein**<br>Georgette Miller, Esq.<br>100 Century Parkway, Suite 200<br>Mount Laurel, NJ 08054<br>856-323-1100<br>Attorney for the Debtor | Case No. 17-35390<br><br>Chapter: 13 |
| In Re:<br>    Ellen P. Wilson,<br><br>                  Debtor(s). | |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
### TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT

The debtors in the above-captioned Chapter 13 proceeding hereby object to the following:
**(choose one):**

1. ☐     Chapter 13 Trustee's Motion to Dismiss Debtors' Case for failure to make plan payments and Trustee's Certification of Default.

**OR**

2. ☒     Motion for Relief filed by creditor, MidFirst Bank

3. I am requesting a hearing be scheduled on this matter.

4. I am objecting to the above for the following reasons **(choose one)**:

   Debtor will pay all payments due to Mortgage company by 7/5/22.

3. This certification is being made in an effort to resolve the issues raised by the Creditor in its motion.

{00337606;v1}

4. I certify the above facts to be true, I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 6/22/2022                     /s/ Ellen P. Wilson

                                    Debtor's Signature

{00337606;v1}