Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–35390–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ellen P Wilson
    42 Theo Ct
    Burlington, NJ 08016
Social Security No.:
    xxx–xx–9769
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/13/22 at 09:00 AM

to consider and act upon the following:

*43* – Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 15 Lansdowne Road, Burlington, NJ 08016. Fee Amount $ 188. filed by Creditor MidFirst Bank, 41 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 06/22/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/23/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court