Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 17−35390−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ellen P Wilson
  42 Theo Ct
  Burlington, NJ 08016

Social Security No.:
  xxx−xx−9769

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/12/23 at 09:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:48 Order (Generic)) filed by Brian C. Nicholas on behalf of MidFirst Bank. Objection deadline is 03/10/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Nicholas, Brian)

Dated: 3/9/23

                                                                               Jeanne Naughton  
                                                                               Clerk, U.S. Bankruptcy Court