| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 17-35390 / MBK

Ellen P Wilson

Petition Filed Date: 12/18/2017
341 Hearing Date: 01/25/2018
Confirmation Date: 08/14/2018

Case Status: **Completed on 2/14/2023**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2022 | $700.00 | 27773259693 | 03/15/2022 | $700.00 | 27965076805 | 03/15/2022 | $44.23 | 968474777 |
| 05/10/2022 | $744.23 | 27965094963 | 07/22/2022 | $744.23 | 28020867401 | 09/13/2022 | $300.00 | 28305402614 |
| 09/13/2022 | $480.00 | 28305400860 | 10/20/2022 | $785.00 | 28305422943 | 11/02/2022 | $780.00 | 28479426445 |
| 11/17/2022 | ($0.23) | 4741990 | 11/17/2022 | $0.23 | 4741990 | 11/28/2022 | $785.00 | 28479437188 |
| 12/14/2022 | $300.00 | 28479442252 | 12/14/2022 | $1,000.00 | 28479445762 | 12/14/2022 | $1,000.00 | 28479442241 |
| 12/14/2022 | $1,000.00 | 28479445773 | 12/14/2022 | $687.50 | 28479445784 | 01/17/2023 | $780.00 | 28552600304 |
| 02/06/2023 | $3,707.50 | 860914653 | | | | | | |

**Total Receipts for the Period: $14,537.69    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $44,418.24**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ellen P Wilson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Georgette Miller, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,910.00 | $2,910.00 | $0.00 |
| 1 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» NP/42 THEO CT/1ST MTG | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 2 | TD BANK, N.A. | Unsecured Creditors | $10,007.21 | $7,254.61 | $2,752.60 |
| 3 | WELLS FARGO BANK, NA<br>»» NP/127 COLUMBUS AVE/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid in Full | $836.48 | $836.48 | $0.00 |
| 4 | MIDFIRST BANK<br>»» P/15 LANSDOWNE RD/1ST MTG/FINANCE OF AMERICA | Mortgage Arrears | $24,038.90 | $24,038.90 | $0.00 |
| 5 | MIDFIRST BANK<br>»» P/15 LANSDOWNE RD/PP ARREARS 3/31/22 ORD | Mortgage Arrears | $1,856.70 | $1,856.70 | $0.00 |
| 6 | MIDFIRST BANK<br>»» P/15 LANSDOWNE RD/ATTY FEES 3/31/22 ORI | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 7 | MIDFIRST BANK<br>»» P/15 LANDSDOWNE RD/ATTY FEES 7/9/22 OR | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 17-35390 / MBK**

| SUMMARY |
|---|
| **Your case was Completed on 2/14/2023.** |
| Summary of all receipts and disbursements from date filed through 2/14/2023: |
| Total Receipts: $44,418.24 |
| Paid to Claims: $37,784.69 |
| Paid to Trustee: $3,192.99 |
| Funds on Hand: $3,440.56 |